UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patrick A. Carlone,                                Civil 09-190 PJS/FLN

       Plaintiff,

v.                                                  O R D E R

Gagnon, Inc.,

       Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 5, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed *in forma pauperis* [Docket Nos. 2 and 8] is DENIED; and

2. This action is DISMISSED WITHOUT PREJUDICE.

DATED: April 1, 2009.                          s/Patrick J. Schiltz
                                                         Patrick J. Schiltz
                                                         United States District Judge